IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 23, 2008

Charles R. Fulbruge III
Clerk

————————————

No. 08-10577
Summary Calendar

————————————

OLUMUYIWA AYODEJI ADELEKE

Plaintiff-Appellant

V.

DALLAS FORT WORTH INTERNATIONAL
AIRPORT BOARD

Defendant-Appellee

————————————————

Appeal from the United States District Court
for the Northern District of Texas
(3:07-CV-904)

————————————————

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Olumuyiwa Ayodeji Adeleke appeals from the district court's Order of June 2, 2008 dismissing his several claims against Defendant-Appellee Dallas Forth Worth International Airport Board. We have carefully reviewed in detail the entire record on appeal and the applicable law as set forth in the briefs and other filings of the parties and in the district court's opinion. As a result, we are satisfied that the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's grant of summary judgment dismissing Appellant's claims with prejudice is correct. For essentially the same reasons set forth in its Order, the district court's judgment is, in all respects,

AFFIRMED.